UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

BARBARA MAHMUD,

                          Plaintiff,

                -against-

CITY OF NEW YORK; ALENA AMINOVA;
MICAHEL KENNEDY; NYPD Member of the
Service JANE DOE #1, in her individual capacity; NYPD
Members of the Service JOHN DOES #1-5, in their individual
capacities,

                         Defendants.

-------------------------------------------------------------------------x

**STIPULATION OF SETTLEMENT**

20 Civ. 10259 (AT) (KHP)

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about December 4, 2020, alleging that the defendants violated plaintiff's federal civil rights; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** plaintiff's counsel represents that plaintiff has assigned all of her rights to attorneys' fees, expenses, and costs to her counsel, David A. Lebowitz, Esq. of Kaufman Lieb Lebowitz & Frick LLP; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiff has authorized her counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraphs "2" and "3" below.

2. Defendant City of New York hereby agrees to pay plaintiff Barbara Mahmud the sum of THIRTY EIGHT THOUSAND EIGHT HUNDRED TWENTY NINE DOLLARS AND SIXTY THREE CENTS ($38,829.63) in full satisfaction of all claims, excluding claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the defendants and to release defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiff's civil rights and any and all related state law claims, from the beginning of the world to the date of the General Release, including claims for costs, expenses, and attorneys' fees.

3. Defendant City of New York hereby agrees to pay plaintiff's counsel, David Lebowitz, Esq. of Kaufman Lieb Lebowitz & Frick LLP, the total sum of TWENTY ONE THOUSAND ONE HUNDRED SEVENTY DOLLARS AND THIRTY SEVEN CENTS ($21,170.37) in full satisfaction of plaintiff's claims for attorneys' fees, expenses, and costs. In consideration for the payment of Twenty One Thousand One Hundred Seventy Dollars and Thirty Seven Cents ($21,170.37), counsel for plaintiff agrees to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all claims of attorneys' fees, expenses, and costs that were or could have been alleged in the aforementioned action.

4. Plaintiff shall execute and serve on the City of New York's attorney by legal tender (either by personal service or certified mail) at 100 Church Street, New York, New York 10007 or by email all documents necessary to effect this settlement, including, without limitation, a General Release, based on the terms of paragraph "2" above, IRS Form W-9, and an Affidavit of Status of Liens. Prior to tendering the requisite documents to effect this settlement, Medicare-recipient plaintiffs must obtain and submit a final demand letter from their Medicare provider(s) for the reimbursement of any conditional payments made for the injuries claimed in this matter. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

5. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

6. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

7. Plaintiff agrees to hold harmless defendants regarding any past and/or future Medicare claims, presently known or unknown, in connection with this matter. If Medicare claims are not satisfied, defendants reserve the right to issue a multiparty settlement

check naming the Medicare provider as a payee or to issue a check directly to the Medicare provider for the amount claimed in the Medicare provider's final demand letter.

8. This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation of Settlement regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       May 12 , 2021

| | |
|---|---|
| KAUFMAN LIEB LEBOWITZ & FRICK LLP<br>*Attorneys for Plaintiff*<br>10 E. 40th Street, Suite 3307<br>New York, New York 10016 | JAMES E. JOHNSON<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>David A. Lebowitz, Esq.<br>*Attorney for Plaintiff* | By: _____<br>Bilal Haider<br>*Senior Counsel* |